## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAILA ELMIRY,<br><br>    Plaintiff,<br><br>        v.<br><br>WACHOVIA CORP.<br><br>    Defendant. | Civil Action No. 07-cv-5847 (PGS)<br><br>**ORDER** |

This matter comes before the Court on Plaintiff Laila Elmiry's post-trial applications. Based on her letter of May 14, 2008 to Mr. Krumholz, the Court is treating Ms. Elmiry's application as both a motion for a new trial and a motion for reconsideration of the Court's ruling on the prior summary judgment motion. The Court has considered the submissions. For the reasons set forth on the record, and for good cause having been shown,

IT IS on this 13th day of June, 2008,

ORDERED that Plaintiff's motions are hereby denied.

_____
PETER G. SHERIDAN, U.S.D.J.

June 13, 2008